UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GEORGE GOETZ                                                                                    PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:06cv880-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                       DEFENDANT

## ORDER

      This Court entered an [26] Order for Mediation on April 13, 2007. The mediation is scheduled to take place at 1:00 p.m., June 6, 2007. Plaintiff and Defendant have filed a [43] Motion to Postpone Mediation because shrimp season opens on that day (a fact which was not known when the mediation was scheduled), and it is important to Plaintiff's livelihood as a shrimper for him to be out on his boat on opening day. Alternatively, Plaintiff requests that he be allowed to participate in the mediation by telephone.

      It is essential to the success of the Court's mediation program that the Plaintiff is physically present at the mediation. It underscores the serious obligations undertaken by any party pursuing legal action in court, and is a reminder that this is the forum in which their case will be tried. At the same time, the Court does not wish to visit unnecessary financial hardship, especially when the remedy of postponing the mediation is available. However, the mediation will occur during the Court's current round which is scheduled to last until June 28. The Court will advise the American Arbitration Association to make those arrangements.

      Accordingly, **IT IS ORDERED**:

      The [43] Motion to Postpone Mediation is **GRANTED**;

      The mediation in this matter shall be rescheduled on the current mediation calendar, and the Plaintiff shall be required to attend in person. No further postponements shall be granted.

      **SO ORDERED** this the 4th day of June, 2007.

                                                               s/ L. T. Senter, Jr.
                                                              L. T. SENTER, JR.
                                                              SENIOR JUDGE